[No. 17201-5-III.  Division Three.  October 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST JAMES FINNIE, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-02399-1, Greg D. Sypolt, J., entered January 16, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[Nos. 17377-1-III; 17615-1-III.  Division Three.  October 19, 1999.]

*In the Matter of the Welfare of* ELIZABETH M.

DRUCILLIA GAWITH, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Benton County, Nos. 94-7-00041-7, 97-5-00253-1, Carolyn A. Brown and Dennis D. Yule, JJ., entered February 26 and May 21, 1998. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Kato, JJ.

[No. 17596-1-III.  Division Three.  October 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH MICHAEL PAUL PONOZZO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 97-1-00641-7, Kenneth L. Jorgensen, J., entered June 27, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Kato, JJ.

[No. 17828-5-III.  Division Three.  October 19, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. MARK E. BRANNON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-02245-3, Robert D. Austin, J., entered August 18, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.